**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **No. 1:05-CV-424** |
| § | |
| **$8,602.00 IN UNITED STATES** § | |
| **CURRENCY AND/OR COIN, MORE** § | |
| **OR LESS, WITH ALL ACCUMU-** § | |
| **LATED INTEREST THEREON** § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge for pretrial proceedings under Referral Order November 7, 2005. The court has received and considered the Report of the United States Magistrate Judge pursuant to such order.

The magistrate judge recommends that the court grant plaintiff's motion for default judgment and enter final judgment in this matter. The court has considered the magistrate judge's report, and the report is **ADOPTED**. It is

**ORDERED** that plaintiff's motion for default judgment (Docket No. 11) is **GRANTED**. The court will enter final judgment separately. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **1**   day of **December, 2005.**

_____
Ron Clark, United States District Judge